# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 00-1781

_____

Robert E. Jackson,

        Appellant,

    v.

Larry B. Norris, Director, Arkansas
Department of Correction; Dale Reed,
Warden, Arkansas Department of
Correction; A. J. Hall, Major, Chief
of Security, Arkansas Department of
Correction; Savell Everett, Lieutenant,
Arkansas Department of Correction;
D. Harris, Captain, Arkansas
Department of Correction; James
Dickerson, CO-I, Arkansas
Department of Correction; Larry D.
White, CO-I, Arkansas Department
of Correction; D. Woodard, Arkansas
Department of Correction,

        Appellees.

Appeal from the United States
District Court for the Eastern
District of Arkansas.

[UNPUBLISHED]

_____

Submitted: April 6, 2001

Filed: April 18, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG,
    Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Robert E. Jackson brought a 42 U.S.C. § 1983 action against the prison officials named in his complaint for injuries Jackson suffered during an August 1994 attack by another inmate. Concluding Jackson's action was precluded by our decision in <u>Jackson v. Everett</u>, 140 F.3d 1149 (8th Cir. 1998), the district court dismissed the complaint on res judicata grounds. Having carefully reviewed the record, we agree with the district court's ruling. We also conclude that to the extent Jackson's claims are not barred by the doctrine of res judicata, they are barred by Arkansas's three-year statute of limitations. <u>See</u> ARK. CODE ANN. § 16-56-105 (Michie 1987); <u>Wilson v. Garcia</u>, 471 U.S. 261, 276-79 (1985); <u>Hillary v. Trans World Airlines, Inc.</u>, 123 F.3d 1041, 1044 n.2 (8th Cir. 1997); <u>Courtney v. First Nat'l Bank</u>, 780 S.W.2d 536, 537-38 (Ark. 1989). We thus affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.